Howard D. Geter, Jr., of Chicago, for appellant.

Bernard Carey, State's Attorney, of Chicago, for the People.

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* DWIGHT COLEMAN, Defendant-Appellant.

(No. 57824;

First District (5th Division)—July 6, 1973.

PER CURIAM.
ENGLISH, J., took no part.

Paul Bradley, of Defender Project, of Chicago, (Martin Carlson, of counsel,) for appellant.

Bernard Carey, State's Attorney, of Chicago, for the People.